FILED
JAMES BONINI
CLERK

2009 APR -2 AM 8: 11

US DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Jackie Hildebrand,

        Plaintiff,   :   Case No. 3:08-cv-192

- vs -          District Judge Walter Herbert Rice
                               Magistrate Judge Michael R. Merz

Commissioner of Social Security,   :

        Defendant.   :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Commissioner's decision that Plaintiff was not disabled and therefore not entitled to benefits under the Act is AFFIRMED.

March 27, 2009.

                                                   Walter Herbert Rice
                                                   United States District Judge